JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR11-5525RJB |
| Plaintiff, | ) | |
| vs. | ) | ORDER SEALING LETTERS IN SUPPORT OF DEFENDANT AT SENTENCING |
| ANGEL GONZALEZ-MILLAN, | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Order Sealing Letters in Support of Defendant at Sentencing,

NOW THEREFORE IT IS HEREBY ORDERED that the Letters in Support of Defendant at Sentencing and any attachments thereto, are to be sealed.

DONE this 6th day of March, 2012.

_____
Robert J Bryan
United States District Judge

Presented by:

s/ *Jerome Kuh*
Jerome Kuh
Attorney for Defendant

ORDER SEALING – page 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway , Suite 400**
**Tacoma, Washington  98402**
**(253) 593-6710**